IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LIMITED, MALLINCKRODT HOSPITAL PRODUCTS INC., and NEW PHARMATOP L.P., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 19-552 (LPS) |
| v. | ) ) | |
| ALTAN PHARMA LTD., | ) ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION

This action for patent infringement has been brought by Plaintiffs, Mallinckrodt Hospital Products IP Limited ("Mallinckrodt IP"), Mallinckrodt Hospital Products Inc. ("Mallinckrodt Hospital"), and New Pharmatop L.P. ("Pharmatop" and, together with Mallinckrodt IP and Mallinckrodt Hospital, the "Mallinckrodt Parties"), for infringement of U.S. Patent Nos. 9,610,265, 9,399,012, 9,987,238, and 6,992,218 (the "Plaintiffs Patents"). The Mallinckrodt Parties' commencement of this litigation was based on its receipt of notice from Defendant Altan Pharma Ltd. ("Altan") that Altan had filed New Drug Application No. 209841 (the "Altan NDA") with the United States Food and Drug Administration (the "FDA") containing a certification pursuant to 21 U.S.C. § 355(b)(2)(A)(iv) listing Mallinckrodt's OFIRMEV® (injectable acetaminophen) 10 mg/mL, 100 mL product as the Reference Listed Drug.

The Mallinckrodt Parties and Altan have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement and two (2) License Agreements, each dated as of August 26, 2019, by and among the applicable Mallinckrodt Parties and Altan (collectively, the "Settlement Documents").

Now the parties, by their respective undersigned attorneys, hereby stipulate as follows:

IT IS this __28th__ day of __August__, 2019,

ORDERED, ADJUDGED AND DECREED as follows:

1. Terms used in this Consent Judgment and Order and not otherwise defined shall have the meanings ascribed thereto in the Settlement Documents.

2. The Mallinckrodt Parties have charged Altan with infringement of the Plaintiffs Patents in connection with Altan's submission of the Altan NDA directed to a generic acetaminophen injection product to the FDA, which Altan denies.

3. The submission of the Altan NDA containing a certification pursuant to 21 U.S.C. § 355(b)(2)(A)(iv) to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use and/or sale of a variation of acetaminophen injection within the United States before the expiration of the Plaintiffs Patents was a technical act of infringement of the Plaintiffs Patents under 35 U.S.C. § 271 (e)(2)(A).

4. Unless otherwise expressly permitted pursuant to the terms of the Settlement Documents or authorized under 35 U.S.C. § 271(e)(1), Altan, its successors and permitted assigns, and any of its Affiliates or their respective officers, agents, servants and employees and those persons in active concert or participation with them with them with notice of this judgment by personal service or otherwise shall be and hereby are enjoined and restrained from infringing the Plaintiffs Patents by making, using selling, offering for sale, or importing any product that is the subject of the Altan NDA.

5. Except as the Parties have heretofore expressly provided for in writing, by virtue of this Consent Judgment and Order, all claims and demands for relief prayed for by the Mallinckrodt Parties and Altan in this action are deemed to be satisfied.

6. Subject to the provisions of the Settlement Documents, in addition to remedies for contempt of this Consent Judgment and Order that the Mallinckrodt Parties or Altan, as the case may be, have in the event of breach or violation by the other party of the terms of this Consent Judgment and Order, the non-breaching party (including its successors and permitted assigns) is entitled to appropriate injunctive relief against the breaching party with respect to the breaching conduct solely upon a showing of a likelihood of success of establishing that such a breach occurred. The Mallinckrodt Parties and Altan agree that jurisdiction and venue for such an action, as specifically set forth in this paragraph, exists in this District Court, and waive any and all defenses based on personal jurisdiction, subject matter jurisdiction and venue.

7. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and Order and the Settlement Documents.

8. Each party shall bear its own costs, disbursements and attorneys' fees.

9. The Mallinckrodt Parties and Altan each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order.

10. The Clerk of the Court is directed to enter this Consent Judgment And Order.

                                                    _____
                                                    Honorable Leonard P. Stark
                                                    Chief, United States District Court Judge

We hereby consent to the form and entry of this Consent Judgment and Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Kenneth L. Dorsney* |
| Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>jtigan@mnat.com | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Altan Pharma Ltd.* |
| *Attorneys for Plaintiffs* | |
| OF COUNSEL: | OF COUNSEL: |
| Daniel G. Brown<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 | Stephen R. Auten<br>Richard R. Ruzich<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, Illinois 60601<br>(312) 840-4313 |
| Marc N. Zubick<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>(312) 876-7000 | *Attorneys for Defendant*<br>*Altan Pharma Ltd.* |
| *Attorneys for Plaintiffs*<br>*Mallinckrodt Hospital Products IP Limited*<br>*and Mallinckrodt Hospital Products Inc.* | |
| Brian T. Moriarty, Esq.<br>Lawrence P. Cogswell, III, Ph.D.<br>HAMILTON, BROOK, SMITH & REYNOLDS, P.C.<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 607-5900 | |
| *Attorneys for Plaintiff*<br>*New Pharmatop L.P.* | |